**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| IDRICK THOMAS | CIVIL ACTION NO. 24-0852 |
| | SECTION P |
| VS. | |
| | JUDGE S. MAURICE HICKS, JR. |
| CADDO CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Idrick Thomas's negligence claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of September, 2024.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE